FILED
November 06, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
               Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | **I N D I C T M E N T** Case No: EP:24-CR-02480-KC |
| Plaintiff, | § § | CT 1: 18 U.S.C. § 2252(a)(2) and (b)(1) – Distribution of a Visual Depiction Involving the Sexual Exploitation of a Minor |
| v. | § § § | |
| DAVID ARMANDO GONZALEZ LOPEZ, | § § § § | CT 2: 18 U.S.C. § 2252(a)(4)(B) and (b)(2) – Possession of a Visual Depiction Involving the Sexual Exploitation of a Minor (Prepubescent/Under 12 Years of Age) |
| Defendant. | § § § § § | *Notice of Government's Demand for Forfeiture* |

THE GRAND JURY CHARGES:

**COUNT ONE**
**Distribution of a Visual Depiction**
**Involving the Sexual Exploitation of a Minor**

Beginning on or about August 1, 2024, and continuing through on or about September 3, 2024, in the Western District of Texas, the Defendant,

**DAVID ARMANDO GONZALEZ LOPEZ,**

did knowingly distribute any visual depiction that had been transported in interstate and foreign commerce, and which contained materials which had been so transported, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

**COUNT TWO**
**Possession of Child Pornography**
**(Prepubescent/Under 12 Years of Age)**

Beginning on or about August 1, 2024, and continuing through on or about October 8, 2024, in the Western District of Texas, the Defendant,

**DAVID ARMANDO GONZALEZ LOPEZ,**

did knowingly possess at least one matter which contains any visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), which visual depiction had been transported using any means and facility of interstate and foreign commerce, had been transported in interstate and foreign commerce, and was produced using materials which had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, and the production of which involved the use of a minor engaging in sexually explicit conduct, said minor being prepubescent and having not attained the age of 12 years, and such visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

**NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE**
[*See* Fed. R. Crim. P. 32.2]

**Possession of Child Pornography Violation and Forfeiture Statutes**
**[Title 18 U.S.C. §§ 2252(a)(2), (b)(1), (a)(4)(B), and (b)(2),**
**subject to criminal forfeiture pursuant to Title 18 U.S.C. §§ 2253(a)(2) and (3)]**

As a result of the criminal violations set forth above, the United States of America gives notice of its intent to seek the forfeiture of the property described below from Defendant **DAVID ARMANDO GONZALEZ LOPEZ** including but not limited to computer(s), electronic equipment, accessories, and devices, upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. §§ 2253(a)(2) and (3), which state:

**Title 18 U.S.C. § 2253. Criminal forfeiture**
(a) **Property subject to criminal forfeiture.** -A person who is convicted of an offense under this chapter involving a visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter or who is convicted of an offense under section 2251B of this chapter, or who is convicted of an offense under chapter 109A, shall forfeit to the United States such person's interest in-
* * *
(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

This Notice of Demand for Forfeiture includes but is not limited to the property described in Paragraph II.

## II.
## Property

1. LG, model K51S cellphone, S/N: 010WIZK3354845, IMEI: 353267116530831;
2. Any and all other property and/or accessories involved in or used in the commission of the criminal offenses; and
3. Any and all other property involving any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _José Luis Gonzál__
Assistant U.S. Attorney

3